UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFANO CAFISO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>Defendant. | Docket No: 1:17-cv-05454-KAM-RLM<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff STEFANO CAFISO, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                                      Respectfully submitted,

                                      By: /s/ Joseph H. Mizrahi
                                      Joseph H. Mizrahi, Esq.
                                      Joseph H. Mizrahi Law, P.C.
                                      300 Cadman Plaza West, 12 Floor
                                      Brooklyn, New York 11201
                                      Phone: (917) 299-6612
                                      Facsimile: (347) 665-1545
                                      *Attorney for Plaintiff*

Dated:    Brooklyn, New York
              October 30, 2017