FILED
US DISTRICT COURT E.D.N.Y.
★ DEC 15 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEFANO CAFISO, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

FIRSTSOURCE ADVANTAGE, LLC

Defendant.

Case No. 1:17-cv-05454-KAM-RLM

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
December 11, 2017

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12 Floor
Brooklyn, New York 11201
Phone: (917) 299-6612
Facsimile: (718) 425-8954
*Attorneys for Plaintiff*

/s/ USDJ KIYO A. MATSUMOTO

**So Ordered:** /s/
**Kiyo A. Matsumoto**
**U.S. District Judge**
December 11, 2017